

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-033-CV

DAN MEEKER MANAGEMENT, INC.                    APPELLANT

V.

USA ROCK BIT, INC.                    APPELLEE

----------

### FROM THE 97TH DISTRICT COURT OF ARCHER COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion For Voluntary Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: February 26, 2009

---

[1] *See* Tex. R. App. P. 47.4.